# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3535

_____

Samuel D. Hensley,                            *
                                              *
            Appellant,                        *    Appeal from the United States
                                              *    District Court for the Eastern
      v.                                      *    District of Arkansas.
                                              *
Jo Anne B. Barnhart, Commissioner,            *       [UNPUBLISHED]
Social Security Administration,               *
                                              *
            Appellee.                         *

_____

Submitted:  June 17, 2003

Filed:  June 26, 2003
_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.
_____

PER CURIAM.

      Samuel D. Hensley appeals the district court's[*] order affirming the denial of
disability insurance benefits and supplemental security income.  Having carefully
reviewed the record, see Pearsall v. Massanari, 274 F.3d 1211, 1217 (8th Cir. 2001)
(standard of review), we affirm.

_____

      [*]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the
Eastern District of Arkansas, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

In his June 1996 applications and related documents, Hensley alleged disability from degenerative disc disease, head and neck pain, unexplained falls, upper-extremity weakness, and periodic insomnia. After a second hearing, where a vocational expert testified, an administrative law judge (ALJ) determined Hensley could not perform his past relevant work but he could perform jobs the vocational expert identified in response to a hypothetical the ALJ posed.

We reject Hensley's challenges to the ALJ's credibility findings, which were based on multiple valid reasons. See Lowe v. Apfel, 226 F.3d 969, 972 (8th Cir. 2000) (where adequately explained and supported, credibility findings are for ALJ to make); Riggins v. Apfel, 177 F.3d 689, 692 (8th Cir. 1999) (there is no doubt claimant is experiencing pain, but real issue is severity of pain). We decline to consider the new medical records Hensley has submitted, see Delrosa v. Sullivan, 922 F.2d 480, 483-84 (8th Cir. 1991), or the new arguments he raises, see Misner v. Chater, 79 F.3d 745, 746 (8th Cir. 1996).

Accordingly, we affirm.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.